Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:10-mj-0027-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; AND |
| ) | ORDER THEREON |
| v. ) | |
| ) | |
| KARL E. BRALICH, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the complaint against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal without prejudice.

Dated: June 28, 2010.         NATIONAL PARK SERVICE

/S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer

IT IS SO ORDERED.

Dated:   June 28, 2010              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1